USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICa ex rel.          :
NAJMUDDIN PERVEZ,                         :
                                          :    06 CV 4989 (LAP)
                                          :
                                          :       ORDER
            -against-                     :
                                          :
MAIMONIDES MEDICAL CENTER and ERNST &     :
YOUNG, LLP,                               :
                                          :
                        Defendant.        :
                                          :
------------------------------------------x
```

LORETTA A. PRESKA, United States District Judge:

        The Clerk of the Court is directed to unseal this action.  Counsel for the relator shall inform the Court by letter no later than October 6, 2008 as to the status of the action/remaining claims/defendants.

SO ORDERED.

Dated:  New York, New York
       September 23, 2008

                                              _____
                                              LORETTA A. PRESKA, U.S.D.J.