PHILIP R. MICHAEL
Of Counsel
212.704.8319 telephone
212.704.5896 facsimile
phillp.michael@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
212.704.6000 telephone
troutmansanders.com

September 1, 2009

Mr. Matt Parrott
Office of Loretta A. Preska, Chief, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, N.Y. 10007
Via Facsimile: (212) 805-7941

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/09
```

Re: *United States ex rel Pervez v. Maimonides, et al.*, 06 Civ. 4989

Dear Mr. Parrott:

Thank you for your fax questioning the status of this matter.

I apologize to the Court for the delay in processing this matter. The unsealed complaint shall be served upon the named defendants this week.

The reason I have delayed this action is related to a substantive discussion I have been having for the last year, in writing and orally, with the Office of the United States Attorney, on another case, but on an issue, "place of service," which is a prominent issue in this matter as well.

I believe the issue is close to resolution, but, regardless, we will wait no longer.

ATLANTA   CHICAGO   HONG KONG   LONDON   NEW YORK   NEWARK   NORFOLK   ORANGE COUNTY
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC

**TROUTMAN
SANDERS**

September 1, 2009
Page 2

I hope this explanation is satisfactory to the Court. Of course, I am available at the

Court's convenience to discuss the matter further.

Sincerely,

Philip R. Michael
Counsel to Relator Pervez

*Counsel shall inform the Court by letter
when Service is effected.*

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*September 2, 2009*

cc: Assistant United States Attorney Rebecca Martin

1367952v1